**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000068**
**07-MAR-2016**
**07:50 AM**

NO. CAAP-15-0000068

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF THE SWABS, INC., ASSET-BACKED
CERTIFICATES, SERIES 2004-10, Plaintiff-Appellee,
v.
ALEJANDRO JUAN and FRACSEDES JUAN, Defendants-Appellants,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, DOE ENTITIES 1-10,
and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-1092)

ORDER APPROVING IN PART AND DENYING IN PART
STIPULATION FOR DISMISSAL
(By: Foley, Presiding J., Fujise and Ginoza, JJ.)

Upon consideration of the "Stipulation To Dismiss
Appeal with Prejudice" (**Stipulation to Dismiss**) of the above
appeal filed March 2, 2016, and the records and files herein, it
appears that the Stipulation to Dismiss is dated and signed by
counsel for all parties appearing in the appeal; and the parties
stipulate to withdraw the notice of appeal, filed February 6,
2015,

Therefore,

IT IS HEREBY ORDERED that the Stipulation to Dismiss is approved in part and denied in part as follows. The stipulation to dismiss is approved and the appeal is dismissed. The stipulation to withdraw the notice of appeal is denied.

DATED: Honolulu, Hawai'i, March 7, 2016.

Presiding Judge

Associate Judge

Associate Judge